ELSE M. AXELRAD, Appellant, *v.* JOHN AXELRAD, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Chester A. Lessler* for motion.
*William Rosenfeld* opposed.

Motion granted.